# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

    Plaintiff-Appellee,

v

JAMES WILLIAM GORE,

    Defendant-Appellant.

UNPUBLISHED
December 18, 2014

No. 317605
Wayne Circuit Court
LC No. 12-008599-FC

Before: O'CONNELL, P.J., and BORRELLO and GLEICHER, JJ.

O'CONNELL, P.J. (*concurring in result only*).

    I concur in the result only.

                        /s/ Peter D. O'Connell

-1-